UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KASSIDY JO GEE,<br><br>                    Plaintiff,<br><br>     v.<br><br>TACOMA SUPERIOR COURT, et al.,<br><br>                    Defendants. | CASE NO. 3:23-cv-05951-DGE<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge. (Dkt. No. 3.) The Court reviewed and considered *de novo* Plaintiff's Motion for leave to proceed in forma pauperis (Dkt. No. 1), Plaintiff's proposed complaint (Dkt. No. 1-1), the R&R, Plaintiff's "Lawful Notice" (Dkt. No. 4) in response to the R&R, and the remaining record.

Having reviewed the R&R and the entire record, the Court does hereby find and ORDER:

(1)   The Court ADOPTS the Report and Recommendation (Dkt. No. 3).

(2)   Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED, and this case is DISMISSED without prejudice.

(3)   The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 3rd day of January, 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2